Opinion filed December 14, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed December 14, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00298-CV 

                                                    __________

 

                                       ATILANA
LUJAN, Appellant

 

                                                             V.

 

                                 JUANA
D.  MIRAMONTES, Appellee

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
 County, Texas

 

                                                Trial Court Cause No. C-116,756

 



 

                                             M
E M O R A N D U M   O P I N I O N

Atilana Lujan has filed in this court a motion to
dismiss her appeal.  In her motion, Lujan
states that she no longer desires to pursue the appeal.  The motion is granted.

 The appeal
is dismissed.

 

PER CURIAM

December 14, 2006

Panel
consists of:  Wright, C.J, 

McCall, J., and Strange, J.